HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOHN GORDON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COREY POTTER, IN PERSONAM; THE F/V GAMBLER, OFFICIAL NUMBER ____ HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM;<br><br>　　　　Defendants. | Case No. 2:22-cv-01375-TL<br><br>AT LAW AND AT ADMIRALTY<br><br>**ORDER TRANSFERRING CASE TO DISTRICT COURT OF ALASKA** ~~(proposed)~~ |

Having reviewed the parties' Joint Motion to Transfer Venue, and the remainder of the record, the Court finds that transfer is appropriate. Accordingly, the Court hereby finds and ORDERS:

The Joint Motion to Transfer Venue is GRANTED, and this case is hereby TRANSFERRED to the District of Alaska for resolution. This case is now CLOSED.

DATED this 6th day of January 2023.

_/s/ Tana Lin_
Tana Lin
United States District Judge

ORDER TRANSFERRING CASE TO DISTRICT COURT OF ALASKA - 1
CASE NO. 2:22-CV-01375-TL

JOHN W. MERRIAM
4005 20th Avenue West, Suite 110
Seattle, Washington  98199
T (206) 729-5252 ♦ F (206) 729-1012

Presented by:

   */s/ John W. Merriam*
John W. Merriam, WSBA #12749
4005 20th Avenue West, Suite 110
Seattle, WA   98199
Telephone:  (206) 729-5252
Fax:  (206) 729-1012
Email:  john@merriam-maritimelaw.com
*Attorney for Plaintiff*


*/s/ Michael A. Barcott*
Michael A. Barcott, WSBA# 13317
3101 Western Avenue, Suite 500
Seattle, WA 98121
Telephone: 206-292-8008
Fax: 206-340-0289
Email: mbarcott@hwb-law.com
*Attorney for Defendant*

---

**ORDER TRANSFERRING CASE TO DISTRICT COURT OF ALASKA - 2**
**CASE NO. 2:22-CV-01375-TL**

**JOHN W. MERRIAM**
4005 20th Avenue West, Suite 110
Seattle, Washington  98199
T (206) 729-5252 ♦ F (206) 729-1012